IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-0019-CR-W-ODS |
| ) | |
| CECIL W. GOTOW, ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation Denying Defendant's Motion to Suppress Physical Evidence and Statements Obtained in Violation of the Fourth and Fifth Amendments (Doc. #22). Defendant has not filed any objections to the Report and Recommendation and the time for doing so has passed. Having reviewed the record de novo, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the Order of the Court. Therefore, Defendant's Motion to Suppress is denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: September 29, 2006   UNITED STATES DISTRICT COURT